ACCEPTED
06-15-00059-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/31/2015 4:40:46 PM
DEBBIE AUTREY
CLERK

**Cause No. 06-15-00059-CV**

---

**IN THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/31/2015 4:40:46 PM
DEBBIE AUTREY
Clerk

---

**Frankie Marie Miller, individually and as Personal Representative of the Estate of T.J. Miller, Appellant,**

**v.**

**Janie Mullen, as Personal Representative of the Estate of John B. Mullen, M.D., Appellee.**

**Appealed from the 76th Judicial District Court of Titus County, Texas**

---

**MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

---

Appellee, Janie Mullen, as Personal Representative of the Estate of John B. Mullen, M.D. asks this Court to extend the time to file Appellee's Brief.

## A. INTRODUCTION

Appellee respectfully moves this Court, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, to extend the deadline for Appellee to file her Brief for thirty (30) days, based on the good cause provided below. In support of this Motion, Appellee respectfully shows:

1. Appellant filed her Brief on December 2, 2015.

2. The deadline for Appellee to file her Brief is January 4, 2016.

498264.1/405.0129

3. Appellee respectfully requests a thirty (30) day extension of time to file her Brief until February 3, 2016.

4. This is Appellee's first request for an extension of time to file her Brief.

5. Throughout the month of December, counsel for Appellee has been preparing for an upcoming trial and traveling extensively taking and defending depositions in other matters. Counsel has also faced numerous unavoidable scheduling conflicts due to the holiday season.

6. Counsel for Appellee attempted to confer with counsel for Appellant regarding the merits of this Motion, but was unable to reach counsel for Appellants due to the holidays. Therefore, it is unknown whether Appellant opposes the requested extension of thirty (30) days.

7. Appellee respectfully asserts that her request for an extension of time is reasonable under the circumstances detailed above and will not cause unreasonable delay. Appellee requests this extension in the interests of justice and judicial economy, not for purposes of delay or because of any intentional or deliberate failure by Appellee or their counsel to comply with the appellate rules.

## C.  PRAYER

8.      For these reasons, Appellee respectfully requests that this Court grant

an extension to file Appellee's Brief until February 3, 2016.

Respectfully submitted,


 /s/ Jennifer G. Martin
**RUSSELL W. SCHELL**
State Bar No. 17736800
Email: rschell@schellcooley.com
**JENNIFER G. MARTIN**
State Bar No. 00794233
Email: jmartin@schellcooley.com
**STEPHANI R. JOHNSON**
State Bar No. 00794034
Email: sjohnson@schellcooley.com
**JENNIFER L. MURPHY**
State Bar No. 24027560
Email: jlmurphy@schellcooley.com

**SCHELL COOLEY LLP**
15455 Dallas Parkway, Suite 550
Addison, Texas 75001
(214) 665-2000
(214) 754-0060 FAX

**ATTORNEYS FOR APPELLEE**
**JANIE MULLEN, AS PERSONAL**
**REPRESENTATIVE OF THE ESTATE**
**OF JOHN B. MULLEN, M.D.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she attempted to confer with Charles "Chad" Baruch ("Mr. Baruch"), counsel for Appellants, but was unable to reach Mr. Baruch due to the holidays.  Therefore, it is unknown whether Mr. Baruch opposes the relief sought by this motion.

/s/ Jennifer G. Martin
**JENNIFER G. MARTIN**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was forwarded electronically to all counsel of record in the manner set forth below on this **31st** day of **December, 2015.**

/s/ Jennifer G. Martin
**JENNIFER G. MARTIN**